UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TAFT PROPERTIES LLC,

        Plaintiff,

v.

UNION OIL COMPANY OF
CALIFORNIA INC, et al.,

        Defendants.

C20-5291 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Stipulation to Extend Motion Filing Date, docket no. 25, is GRANTED. Having reviewed the Minute Order Setting Trial and Pretrial Dates entered on July 9, 2020, docket no. 20, the Court issues the following amended schedule:

| | |
|---|---:|
| BENCH TRIAL set for **9:00 A.M.** on | **June 21, 2021** |
| Any discovery motion related to the issues raised in Defendants' January 25, 2021, meet and confer letter due by | March 1, 2021 |
| Any dispositive motion due by | March 25, 2021 |
| Motions in Limine due by | May 20, 2021 |
| Pretrial Order[1] due by | June 4, 2021 |

---

[1] The Agreed pretrial order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an Internet e-mail sent to the following e-mail address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 1

| | |
|---|---|
| Trial Briefs and Proposed Findings of Fact and Conclusions of Law to be submitted by | June 4, 2021 |
| Pretrial Conference set for **10:00 A.M.** on | **June 11, 2021** |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial and Pretrial Dates, docket no. 20, shall remain in full force and effect.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of February, 2021.

William M. McCool  
Clerk

s/Gail Glass  
Deputy Clerk

MINUTE ORDER - 2